UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DELTA FAUCET COMPANY,

      Plaintiff,

v.                               Case No. 2:21-cv-3-pp

KOHLER CO.,

      Defendant.

---

### ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 70), GRANTING JOINT MOTION FOR DISMISSAL (DKT. NO. 71) AND DISMISSING CASE

---

The parties have filed a stipulation of dismissal, dkt. no. 70, and a joint motion for order of dismissal, dkt. no. 71. The court **APPROVES** the stipulated dismissal and **GRANTS** the motion for order of dismissal. The court **ORDERS** that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this case are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

                                                **BY THE COURT:**

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **Chief United States District Judge**